the parties relevant incomes by federal tax forms and a Form 14 for each of the years involved. The trial court based its calculations of retroactive child support on the evidence. Therefore, the award has substantial evidentiary support. *See State, Div. of Family Services v. Williams*, 861 S.W.2d 592, 595–6[10] (Mo.App.1993).

In his second point, father contends that the trial court erred in awarding any relief prior to the May 1996 stipulation as to his paternity since his demand for a jury trial was not prosecuted within ninety days as required by Section 210.839(4) RSMo 1996. We have reviewed the record and the briefs and find that no error of law appears. As an opinion would have no precedential value, we affirm the judgment pursuant to Rule 84.16(b).

*ORDER*

PER CURIAM.

Defendant appeals his convictions following a jury trial for first degree murder, Section 565.020 RSMo 1994; first degree assault, Section 565.050 RSMo 1994; and two counts of armed criminal action, Section 571.015 RSMo 1994. Defendant was sentenced to life imprisonment without parole on the murder count; to life imprisonment on the related armed criminal action count; and to fifteen years' imprisonment each on the first degree assault count and the related armed criminal action count.

No jurisprudential purpose would be served by an extended opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).

STATE of Missouri, Plaintiff/Respondent,

v.

Unzell WADE, Defendant/Appellant.

No. 71280.

Missouri Court of Appeals,
Eastern District,
Division Two.

Jan. 27, 1998.

Susan K. Eckles, Asst. Public Defender, St. Louis, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gregory L. Barnes, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

Deborah A. NOONEY and Nancy A. Nooney, Plaintiffs/Respondents,

v.

Gregory J. NOONEY, Jr., Defendant/Appellant.

No. 70656.

Missouri Court of Appeals,
Eastern District,
Division Three.

Jan. 27, 1998.

Elizabeth C. Carver, St. Louis, for defendant/appellant.

Peter W. Herzog, Jr., St. Louis, for plaintiffs/respondents.